IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, Plaintiff, | : : : : | CIVIL ACTION |
| v. | : : | |
| ROBIN ZERR, et al., Defendants. | : : | No. 10-4199 |

### ORDER

AND NOW, this **26th** day of **July, 2011**, upon consideration of the parties' cross-motions for summary judgment, their replies thereto, and for the reasons stated in this Court's Memorandum dated July 26, 2011, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Document No. 12) is **GRANTED in part and DENIED in part**, as follows:

   a. The motion is **GRANTED** with respect to Robin Zerr's claim for stacked coverage in connection with the injuries she sustained in the August 4, 2004 motor vehicle accident at issue in this action.

   b. The motion is otherwise **DENIED**.

2. Plaintiff's Motion for Partial Summary Judgment re: Credit Issues (Document No. 17) is **DENIED**.

3. Plaintiff's Motion for Partial Summary Judgment re: Coverage Issues (Document No. 19) is **DENIED**.

4. The parties shall promptly inform the Court of the outcome of any previously scheduled arbitration or settlement conference.

BY THE COURT:

_____
**Berle M. Schiller, J.**